**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21723-CIV-MARTINEZ**

ARANTZA CASTRO,

      Plaintiff,

v.

TACOMBI HOLDING NA, LLC,

      Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** came before the Court on the Plaintiff's Notice of Settlement [ECF No. 7].

Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Stipulation of Dismissal (signed by all parties who have appeared in this action) within **thirty (30) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Miami, Florida, this ⟂⟂ day of May 2026.

                             _____

                             JOSE E. MARTINEZ
                             UNITED STATES DISTRICT JUDGE

cc:     all counsel of record